In the Matter of JACK LEVINE, Respondent, against JOSEPH E. LEVINE, Appellant.

Submitted May 25, 1942; decided June 11, 1942.

*Jesse Climenko* for motion.

*Samuel Hoffman, Philip Blumenthal* and *Bernard Buchwald* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.